**LAW OFFICES**
**LAZZARO LAW FIRM, P.C.**
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE: (718) 488-1900
TELECOPIER: (718) 488-1927
EMAIL: LAZZAROLAW@AOL.COM



LANCE LAZZARO
RANDALL LAZZARO *

JAMES KILDUFF *
JAMES KIRSHNER
ROGER GREENBERG

* ADMITTED IN NY & NJ

November 20, 2019

Honorable George B. Daniels
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

NOV 2 0 2019

SO ORDERED

The December 17, 2019 sentencing is adjourned to January 23, 2020 at 10:00 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

Re: **United States v. Diyora Ashirova**
    **Case No.: 1:18-cr-00509-GBD-1**

Dear Judge Daniels:

As your Honor is aware, I represent Diyora Ashirova with regard to the above-referenced Court matter that is scheduled for sentencing on December 17, 2019. Please be advised that my client has retained Consulting Project Inc. to provide supplementary material to the PSR and therefore needs additional time. I am respectfully requesting an adjournment of Ms. Ashirova's sentencing to a date in Jaunary 2020 or later. The Government, by AUSA Daniel Nessim, has no objections to this adjournment request. This is defense's second request for an adjournment of the sentencing. The previous request was granted by your Honor. Thank you for your attention herein. Please contact me if you have any questions or need any additional information.

Very truly yours,

LAZZARO LAW FIRM, P.C.

BY: _____/s/_____
      JAMES KILDUFF

cc.:  AUSA Daniel Nessim
      via e-mail: Daniel.Nessim@usdoj.gov

      AUSA Matthew Hellman
      via e-mail: Matthew.Hellman@usdoj.gov