**LAW OFFICES**
# LAZZARO LAW FIRM, P.C.
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE: (718) 488-1900
TELECOPIER: (718) 488-1927
EMAIL: LAZZAROLAW@AOL.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: JAN 2 1 2020

LANCE LAZZARO

RANDALL LAZZARO *

JAMES KILDUFF *
JAMES KIRSHNER
ROGER GREENBERG

ADMITTED IN NY & NJ

January 17, 2020

Honorable George B. Daniels
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

*SO ORDERED*

*The January 23, 2020 sentencing is adjourned to March 26, 2020 at 10:00 a.m.*

[signature] Judge B Daniels

**Re:** <u>**United States v. Diyora Ashirova**</u>
**Case No.: 1:18-cr-00509-GBD-1**

Dear Judge Daniels:

As your Honor is aware, I represent Diyora Ashirova with regard to the above-referenced Court matter that is scheduled for sentencing on January 23, 2020. In light of the fact that the PSR was just released, I am respectfully requesting an adjournment of Ms. Ashirova's sentencing for 45 days in order to prepare a response. The Government, by AUSA Matthew Hellman, has no objections to this adjournment request. This is defense's third request for an adjournment of the sentencing. The previous request was granted by your Honor. Thank you for your attention herein. Please contact me if you have any questions or need any additional information.

Very truly yours,

LAZZARO LAW FIRM, P.C.

BY: _____/s/_____
JAMES KILDUFF

cc.:    AUSA Daniel Nessim
       via e-mail: Daniel.Nessim@usdoj.gov

       AUSA Matthew Hellman
       via e-mail: Matthew.Hellman@usdoj.gov