

**LAW OFFICES**
**LAZZARO LAW FIRM, P.C.**
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE: (718) 488-1900
TELECOPIER: (718) 488-1927
EMAIL: LAZZAROLAW@AOL.COM

LANCE LAZZARO

RANDALL LAZZARO *

JAMES KILDUFF *
JAMES KIRSHNER
ROGER GREENBERG

* ADMITTED IN NY & NJ

March 17, 2020

Honorable George B. Daniels
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**SO ORDERED**

MAR 1 7 2020

The sentencing scheduled for March 26, 2020 is adjourned to May 28, 2020 at 9:45 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

Re:   **United States v. Diyora Ashirova**
      **Case No.: 1:18-cr-00509-GBD-1**

Dear Judge Daniels:

As your Honor is aware, I represent Diyora Ashirova with regard to the above-referenced Court matter that is scheduled for sentencing on March 26, 2020. I am respectfully requesting a 60 day adjournment of Ms. Ashirova's sentencing in light of the current COVID-19 state of emergency. The Government, by AUSA Matthew Hellman, has no objections to this adjournment request. This is defense's fourth request for an adjournment of the sentencing. The previous request was granted by your Honor. Thank you for your attention herein. Please contact me if you have any questions or need any additional information.

Very truly yours,

LAZZARO LAW FIRM, P.C.

BY: _____/s/_____
        JAMES KILDUFF

cc.:   AUSA Matthew Hellman
       via e-mail: Matthew.Hellman@usdoj.gov

       AUSA Daniel Nessim
       via e-mail: Daniel.Nessim@usdoj.gov