UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x

UNITED STATES OF AMERICA,

                        Plaintiff,

-against-

DIYORA ASHIROVA,

                        Defendant.

------------------------------------------------- x

ORDER

18 Crim. 509-1 (GBD)

GEORGE B. DANIELS, District Judge:

    The May 28, 2020 sentencing is adjourned to August 13, 2020 at 10:00 a.m.

Dated: May 5, 2020
       New York, New York

                                          SO ORDERED.

                                          GEORGE B. DANIELS
                                          UNITED STATES DISTRICT JUDGE