

**LAW OFFICES**
**LAZZARO LAW FIRM, P.C.**
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE: (718) 488-1900
TELECOPIER: (718) 488-1921
EMAIL: LAZZAROLAW@AOL.COM

LANCE LAZZARO
RANDALL LAZZARO *

JAMES KILDUFF *
JAMES KIRSHNER
ROGER GREENBERG

July 24, 2020

Honorable George B. Daniels
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**SO ORDERED**

The August 13, 2020
Sentencing is adjourned to
October 8, 2020 at 10:00 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

Re: **United States v. Diyora Ashirova**
    **Case No.: 1:18-cr-00509-GBD-1**

Dear Judge Daniels:

As your Honor is aware, I represent Diyora Ashirova with regard to the above-referenced Court matter that is scheduled for sentencing on August 13, 2020. I am respectfully requesting an adjournment of Ms. Ashirova's sentencing to a date after October 1, 2020 that is convenient to the Court. Due to the COVID-19 pandemic, I have been unable to meet with my client to review the PSR as well as our proposed pre-sentence submission. The Government, by AUSA Matthew Hellman, has no objections to this adjournment request. This is defense's fifth request for an adjournment of the sentencing. The previous request was granted by your Honor. Thank you for your attention herein. Please contact me if you have any questions or concerns.

Very truly yours,

LAZZARO LAW FIRM, P.C.

BY: _____/s/_____
JAMES KILDUFF

cc.: AUSA Matthew Hellman
     via e-mail: Matthew.Hellman@usdoj.gov

     AUSA Daniel Nessim
     via e-mail: Daniel.Nessim@usdoj.gov