**LAW OFFICES**
# LAZZARO LAW FIRM, P.C.
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE: (718) 488-1900
TELECOPIER: (718) 488-1927
EMAIL: LAZZAROLAW@AOL.COM

LANCE LAZZARO

RANDALL LAZZARO *

JAMES KILDUFF *
JAMES KIRSHNER
ROGER GREENBERG

* ADMITTED IN NY & NJ

September 11, 2020

Honorable George B. Daniels
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**SO ORDERED**

SEP 14 2020

The October 8, 2020 sentencing is adjourned to November 19, 2020 at 10:00 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

Re:     **United States v. Diyora Ashirova**
        **Case No.: 1:18-cr-00509-GBD-1**

Dear Judge Daniels:

    I am writing this letter on behalf of Diyora Ashirove, who is currently scheduled to be sentenced before your Honor on October 8th, 2020. I am respectfully requesting an adjournment of the sentencing date due to the Covid-19 pandemic. Although, I am in receipt of the client's Pre Sentence Report, I have been unable to meet with the client to review the report or obtain her assistance in preparing a Defendant's sentence memorandum. Accordingly, I respectfully request that the sentence date be adjourned to a date in early November, 2020 or thereafter.

    The Government, by AUSA Matthew Hellman, has no objections to this adjournment request. This is defense's sixth request for an adjournment of the sentencing. The previous request was granted by your Honor.

Very truly yours,

LAZZARO LAW FIRM, P.C.

BY: _____/s/_____
JAMES KILDUFF

cc:     AUSA Matthew Hellman
        via e-mail: Matthew.Hellman@usdoj.gov