**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES,

                  Plaintiff,

      -against-

DIYORA ASHIROVA,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

    **ORDER**

    18 Crim. 509-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The sentencing scheduled for November 19, 2020 will take place at 11:00 a.m.

Dated: New York, New York
      November 12, 2020

                SO ORDERED.

                *George B Daniels*

                GEORGE B. DANIELS
                United States District Judge

USED COPY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: NOV 1 6 2020